UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Felberbaum,

                      Plaintiff(s),

     -against –

Equifax Information Services, LLC, et al.,

                      Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-10857 (CS)

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Experian Information Solutions, Inc.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Experian Information Solutions, Inc.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED**.

Dated: April 3, 2023
     White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL, U.S.D.J.