UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Felberbaum,

                    Plaintiff(s),

     -against –

Equifax Information Services LLC et al.,

                    Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-10857 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Equifax Information Services LLC.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Equifax Information Services LLC.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: May 5, 2023
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.