UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Felberbaum,

                Plaintiff(s),

   -against –

Equifax Information Services LLC et al.,
                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-10857 (CS)

<u>Seibel, J.</u>

It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Portfolio Recovery Associates, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Portfolio Recovery Associates, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As Defendant Portfolio Recovery Associates, LLC is the only remaining Defendant in this case, the Clerk is directed to close this case.**

    **SO ORDERED**.

Dated: September 27, 2023
    White Plains, New York

                                                  _____
                                                  CATHY SEIBEL, U.S.D.J.